IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MALONE WILLIAMS,

           Plaintiff,

    vs.

U.S. BANK NATIONAL ASSOCIATION;
MONARCH RECOVERY MANAGEMENT
INC.

           Defendants

No. 2:26-cv-1766 JHC

**ORDER GRANTING STIPULATED
MOTION TO CONSOLIDATE
MATTERS 2:26-CV-01768-BAT
AND 2:26-CV-1766-JHC**

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Consolidate Matters 2:26-cv-01768-BAT and 2:26-cv-1766-JHC.  Dkt. # 6.

The Court, having considered the Stipulated Motion and all papers filed in support and in opposition, and the Court being otherwise fully apprised; it is hereby ordered:

1. The Parties' Stipulated Motion to Consolidate Matters 2:26-cv-01768-BAT and 2:26-cv-1766-JHC is GRANTED.

2. The Clerk is DIRECTED to close the member case 2:26-cv-1768-BAT.

3. The case shall proceed under Cause Number 2:26-cv-1766-JHC.  All future filings must be done in the case bearing that number.

//

ORDER GRANTING STIPULATED MOTION
TO CONSOLIDATE                                   -1-
2:26-cv-1766 JHC

DATED this 1st day of June, 2026.


_John H. Chun_

John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO CONSOLIDATE                    -1-
2:26-cv-1766 JHC