IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MALONE WILLIAMS,

                    Plaintiff,

        vs.

U.S. BANK NATIONAL ASSOCIATION;
MONARCH RECOVERY MANAGEMENT
INC.,

                    Defendants.

No. 2:26-cv-1766 JHC

**ORDER**

THIS MATTER comes before the Court on Defendant U.S. Bank's Brief Regarding Telephonic Motion.  Dkt. # 16.  The Court has considered U.S. Bank's request, Plaintiff's response, the rest of the file, and the governing law.

For the reasons presented by U.S. Bank, the Court GRANTS its request and STRIKES Plaintiff's motion for summary judgment at Dkt. # 10.  This ruling is without prejudice to Plaintiff's ability to file a motion for summary judgment, if procedurally appropriate, later in these proceedings.  At the very least, the Court needs to first rule on U.S. Bank's Motion to Dismiss at Dkt. # 11.

DATED this 17th day of June, 2026

John H. Chun
United States District Judge

ORDER          -1-
2:26-cv-1766 JHC