IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MALONE WILLIAMS,

                Plaintiff,

     vs.

U.S. BANK NATIONAL ASSOCIATION;
MONARCH RECOVERY MANAGEMENT
INC.

               Defendants

No. 2:26-cv-1766 JHC

**ORDER**

THIS MATTER comes before the Court on U.S. Bank's Motion to Dismiss.  Dkt. # 11. The Court has considered the materials filed in support of and in opposition to the motion (including the surreply), the rest of the file, and the governing law.

As argued by U.S. Bank, pro se Plaintiff has failed in the following ways with respect to process and service of process: (1) Plaintiff attempted service by certified mail only; (2) the summons delivered to U.S. Bank was unsigned; and (3) the complaint delivered to U.S. Bank differs from the filed complaint.  *See* Dkt. # 12; RCW 4.28.080; Fed. R. Civ. P. 4(a)(1)(F); Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 12(b)(4); and Fed. R. Civ. P. 12(b)(5).

The Court DENIES the motion without prejudice and GRANTS Plaintiff leave until July 31, 2026 to cure the foregoing defects.  Notably, this gives Plaintiff more than the 90 days to serve under Rule 4(m).  *See* Dkt. # 12 (complaint filed on April 16, 2026).  Because the Court is

ORDER                  -1-
2:26-cv-1766 JHC

not at this time reaching the Rule 12(b)(6) issues, if appropriate, U.S. Bank may move again to dismiss under that rule—which matter has been briefed—by simply submitting a one-page motion that requests the Court consider the Rule 12(b)(6) arguments already presented.

DATED this 9th day of July, 2026.

John H. Chun
United States District Judge

ORDER                    -1-
2:26-cv-1766 JHC