IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MALONE WILLIAMS,

Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION; MONARCH RECOVERY MANAGEMENT INC.

Defendants

NO. 2:26-cv-1766 JHC

**ORDER**

THIS MATTER comes before the Court on Plaintiff's Motion to Extend Time for Service. Dkt. # 25. The motion is unopposed. The Court GRANTS the motion. The deadline to complete service is extended by 60 days.

Also, in light of Dkt. # 36, the Court DIRECTS the Clerk to strike as moot the motion at Dkt. # 32.

DATED this 28th day of August, 2026.

John H. Chun
United States District Judge