IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MALONE WILLIAMS,

Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION; MONARCH RECOVERY MANAGEMENT INC.,

Defendants.

NO. 2:26-cv-01766-JHC

**ORDER**

This matter comes before the Court sua sponte. The Court wishes to clear up any confusion Plaintiff, who is pro se, may be experiencing regarding the procedural posture of this matter.

In multiple filings, Plaintiff indicates that a motion for leave to file an amended complaint is pending. Dkt. ## 35, 37, and 39. But no such motion is pending. If Plaintiff decides to file such a motion, the Court suggests that he consider the arguments raised by Defendant Monarch Recovery Management at Dkt. # 33.

As for service of process, the Court granted Plaintiff leave until July 31, 2026, to cure service defects (Dkt. # 22), and then extended that deadline by 60 days (Dkt. # 38). Accordingly, Plaintiff must complete service on the two named Defendants in his existing complaint by September 29, 2026. If Plaintiff files a motion for leave to file an amended complaint and the Court grants the motion, Plaintiff will then be required to serve any additional defendants named in his amended complaint with a copy of the amended complaint. Plaintiff would not need to re-

serve the two existing named Defendants under these hypothetical circumstances.

The Court DIRECTS the Clerk to (1) re-note the motion at Dkt. # 28 for September 29, 2026; and (2) terminate the motion at Dkt. # 39.

DATED this 4th day of September, 2026.

John H. Chun
United States District Judge