IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALONE WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION; MONARCH RECOVERY MANAGEMENT INC.<br><br>Defendants. | NO. 2:26-cv-1766-JHC<br><br>**ORDER** |

THIS MATTER comes before the Court sua sponte.

This action was filed in state court on or about April 16, 2026. Dkt. # 1. It was removed to this District on May 22, 2026. *Id.*

On July 9, the Court denied U.S. Bank's motion to dismiss for failure to serve and granted Plaintiff additional time—until July 31—to effectuate service. Dkt. # 22.

On September 4, the Court again granted Plaintiff additional time—until September 29—to effectuate service on the two Defendants in this case, along with clear instructions. Dkt. # 41. Plaintiff has apparently failed to effectuate such service, and there is no proof of such service on the docket. Dkt. # 43.

The Court has granted Plaintiff plenty of time to effectuate service of process. The Court has spent substantial time dealing with this matter—time that could have been spent on matters in which the parties comply with timeliness requirements—and does not find good cause to keep extending the service deadline.

Accordingly, the Court GRANTS U.S. Bank's motion at Dkt. # 28. Pursuant to Federal Rule of Civil Procedure 4(m), the Court DISMISSES this matter without prejudice. This means that Plaintiff may try to refile this matter in state or federal court. On the other hand, if Plaintiff served Defendants with process on or before September 29, he may move for reconsideration of this order and file proof of such service.

The Court STRIKES as moot Monarch's motion at Dkt. # 33 and Plaintiff's motion at Dkt. # 42. The Court DENIES Plaintiff's motion at Dkt. # 43.

DATED this 30th day of September, 2026.

John H. Chun
United States District Judge